IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DAVID W. GREGORY, Inmate #B-63881, )
)
        Plaintiff, )
)
vs. ) CIVIL NO. 07-669-JPG
)
VERENIO SANTOS, *et al.*, )
)
        Defendants. )

## MEMORANDUM AND ORDER

**GILBERT, District Judge:**

This action is before the Court on Plaintiff's motion to proceed *in forma pauperis* (Doc. 2). The Court finds that Plaintiff, an inmate currently incarcerated in the Centralia Correctional Center, is indigent and unable to pay the full filing fee in advance; therefore, leave to proceed *in forma pauperis* is **GRANTED**.[1] Pursuant to 28 U.S.C. § 1915(b), **IT IS HEREBY ORDERED** that Plaintiff shall pay the **$350.00 filing fee** applicable to this civil action as follows:

1. Plaintiff shall pay an initial partial filing fee of **$ 35.11**. *See* 28 U.S.C. § 1915(b)(1). The agency having custody of Plaintiff is **DIRECTED** to transmit this amount from Plaintiff's prison trust fund account to the Clerk of Court upon receipt of this Memorandum and Order.

2. Plaintiff shall make monthly payments of 20% of the preceding month's income credited to Plaintiff's prison trust fund account until the filing fee is paid in full.

---

[1] Plaintiff has had three or more prior prisoner actions dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted. *See, e.g., Gregory v. Akemann,* Case No. 97-cv-1971 (N.D. Ill., filed June 20, 1997) (dismissed for failure to state a claim); *Gregory v. Ramsey,* Case No. 97-cv-2604 (N.D. Ill., filed June 23, 1997) (dismissed for failure to state a claim); *Gregory v. Schultz,* Case No. 05-cv-50128 (N,D. Ill., filed June 27, 2005) (dismissed as legally frivolous). However, the allegations in the complaint involve lack of medical care, and the Court finds that Plaintiff may be under imminent danger of serious physical injury.

3. The agency having custody of Plaintiff shall forward payments from Plaintiff's account to the Clerk of this Court each time the amount in the account exceeds $10 until the filing fee is paid. Payments shall be mailed to: Clerk of the Court, United States District Court for the Southern District of Illinois, P.O. Box 249, East St. Louis, Illinois 62202.

**IT IS FURTHER ORDERED** that if judgment is rendered against Plaintiff, and the judgment includes the payment of costs under Section 1915, Plaintiff will be required to pay the full amount of the costs, notwithstanding that his application to proceed *in forma pauperis* has been granted. *See* 28 U.S.C. § 1915(f)(2)(A).

Also before the Court is Plaintiff's motion for appointment of counsel (Doc. 3). However, until the Court has completed a preliminary review of the complaint, *see* 28 U.S.C. § 1915A, this request is premature. Therefore, the motion for appointment of counsel is **DENIED** without prejudice. Once the Court has completed that preliminary review, Plaintiff may file another such request at that time.

The Clerk is **DIRECTED** to mail a copy of this Memorandum and Order to Plaintiff and to the Trust Fund Officer at the Centralia Correctional Center *upon entry of this Memorandum and Order*.

**IT IS SO ORDERED.**

**DATED: October 11, 2007**

s/ J. Phil Gilbert
**DISTRICT JUDGE**