UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

DAVID W. GREGORY,

    Plaintiff,

  v.                                                                        Case No. 07-cv-669-JPG

VENERIO SANTOS, *et al.*,

    Defendants.

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of Defendant Lisa Krebs and against Plaintiff David Gregory,

IT IS FURTHER ORDERED AND ADJUDGED that this case is dismissed without prejudice as to all Defendants.

                                                          NANCY J. ROSENSTENGEL

Dated:  March 3, 2010                                      s/Brenda K. Lowe, Deputy Clerk


**Approved:**    s/ J. Phil Gilbert
                   **J. PHIL GILBERT**
                   **DISTRICT JUDGE**